

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,725

### EX PARTE EDWARD BRANTON WHITE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 08 CR 2157 B IN THE 117TH DISTRICT COURT
### FROM NUECES COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of driving while intoxicated and sentenced to twenty-five years' imprisonment. The Thirteenth Court of Appeals affirmed his conviction. *White v. State*, No. 13-09-00008-CR (Tex. App.–Corpus Christi-Edinburg Jan. 21, 2010, no pet.).

Applicant contends, among other things, that appellate counsel did not timely inform him of his right to petition for discretionary review *pro se.* The trial court adopted the State's proposed

findings of fact and conclusions of law and recommended that we deny relief. Appellate counsel has the duty to timely inform his client that his conviction has been affirmed and that he can petition for discretionary review *pro se. Ex parte Wilson*, 956 S.W.2d 25, 27 (Tex. Crim. App. 1997). We find that appellate counsel did not timely inform Applicant he could petition for discretionary review *pro se.* Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Thirteenth Court of Appeals in case number 13-09-00008-CR that affirmed his conviction in cause number 08 CR 2157 B from the 117th District Court of Nueces County. He shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues. His remaining claims are dismissed. *Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Delivered: February 15, 2012
Do not publish